# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0374. ERIC DAVID DIETZ v. FOUT BROTHERS, INC., et al.**

On May 10, 2013, Eric David Dietz filed an application for discretionary appeal, seeking to challenge the superior court's April 9, 2010 order affirming a decision by the State Board of Workers' Compensation. To be valid, however, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). Dietz filed his application 31 days after the superior court entered its order. Accordingly, we lack jurisdiction over the application, which is hereby DISMISSED as untimely.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/22/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*